# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FREDERICK D. BARROW

NO. 2021 KW 0306

**JUNE 8, 2021**

In Re:    State of Louisiana, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 1998-148742.

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**APPLICATION FOR REHEARING DENIED.** This court mailed notice of the filing of the writ to respondent's counsel at the address provided to the Louisiana State Bar Association sufficiently prior to the action being issued to allow the filing of an opposition thereto or a request for extension to file same. Moreover, in the application for rehearing, respondent failed to advance any arguments regarding the merits of the original writ application.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT